Thomas MORAN, Petitioner/Appellant,

v.

Wayman SMITH, Leslie Bond, Edward Roth, Jeff Jamieson, Robert Haar, and Clarence Harmon in their official capacities as Members of the Board of Police Commissioners, Respondents/Respondents.

No. ED 77020.

Missouri Court of Appeals, Eastern District, Division Two.

June 27, 2000.

Motion for Rehearing and/or Transfer to Supreme Court Denied Aug. 3, 2000.

Application for Transfer Denied Oct. 3, 2000.

C. John Pleban, St. Louis, for appellant.

Priscilla F. Gunn, Evans & Dixon, St. Louis, for respondents.

Before KATHIANNE KNAUP CRANE, P.J., WILLIAM H. CRANDALL, Jr., J. and RICHARD B. TEITELMAN, J.

*ORDER*

PER CURIAM.

Petitioner, Thomas Moran, appeals from a judgment of the circuit court affirming a decision of the Board of Police Commissioners.

The decision of the Board of Police Commissioners is supported by competent and substantial evidence on the whole record. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum opinion, for their information only, setting forth the facts and reasons for this order.

We affirm the decision of the Board of Police Commissioners pursuant to Rule 84.16(b).